**DENIED**

no default judgment yet entered

Nov 06, 2015

CHARLES E. RENDLEN, III
UNITED STATES BANKRUPTCY JUDGE

RECEIVED + FILED

2015 NOV -6  PM 2: 05

CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST. LOUIS, MISSOURI

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

IN RE:

GLENDA IVY,

    Debtor,

Daniel J. Casamatta
Acting United Sates Trustee
Eastern District of Missouri,

    Plaintiff

vs.

RAKETTA DOUGLAS,

    Defendant

Case No.: 15-44442-399
Adversary No. 15-4167-705
Chapter 7

Honorable Charles E. Rendlen, III
U.S. Bankruptcy Judge

Hearing Date: November 25, 2015
Hearing Time: 11:00 am

**MOTION TO SET ASIDE DEFAULT JUDGMENT**

    I, Raketta Douglas, request that the Court enter an order to set aside the Default Judgement entered against me and that I be given the opportunity to present my views.

    The Court should do this because:

1. A Default was entered against me on October 20, 2015.

2. I became aware of this Default/Default Judgement on November 5, 2015.

3. I found out about this after receiving a Notice of Intent for the Acting United States Trustee to request the Court to enter an Order prohibiting me from acting as a bankruptcy petition preparer in Eastern District of Missouri via first class mail at 5305 Winslow Drive Normandy, MO 63121.

MOTION TO SET ASIDE DEFAULT JUDGMENT - 1

4. I did not answer the Summons and Complaint in the Adversary Proceeding (herein referred to as "Summons") because I did not receive the Summons described in the request for the default judgment.

5. If I am given an opportunity, I would like to tell the court that no legal advice or services were rendered in connection with the Debtor's bankruptcy petition. Debtor completed a questionnaire in which the information from the questionnaire was used to complete the petition, schedules and case forms.

WHEREFORE, I, pray the Court set aside the default/default judgement in this case. If required, I agree to appear on the date scheduled by the court to state my reasons for this request.

This affidavit is made on my personal knowledge and, if sworn as a witness, I can testify to the facts in this affidavit.

Dated this 6th day of November, 2015.

_____
Raketta Douglas, Defendant
5305 Winslow Drive
Normandy, MO 63121
Phone: (314) 715-5267
Email: raketta.douglas@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was electronically mailed by the U.S. Bankruptcy Court, Eastern District of Missouri, to those names listed below and/or by first-class mail, postage prepaid, this 6th day of November 2015 to:

Martha Dahm - Office of the United States Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

Glenda Ivy
236 S Dade
Ferguson, MO 63135

E. Rebecca Case
7733 Forsyth, Suite 500
St. Louis, MO 63105

MOTION TO SET ASIDE DEFAULT JUDGMENT - 2

